UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

✦  JUN 12 2017  ✦

LONG ISLAND OFFICE

JAMES TRAMONDO,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

                    Plaintiff,

        v

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC, AND
ENCORE CAPITAL GROUP, INC.,

                    Defendants.

Civil Action, File No.
2:16-cv-05174-JFB-GRB

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against

all Defendants.

/s/_____

Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN, P.C.**
By: /s/ *Matthew B. Johnson, Esq.*
Matthew B. Johnson (MJ 1622)
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6433
MBJohnson@mdwcg.com
*Attorneys for Defendants*

The Clerk of the Court shall close the case.

**SO ORDERED**

s/ Joseph F. Bianco

_____
Joseph F. Bianco
USDJ

Date: ___June 12___ 20_17_

Central Islip, N.Y.